IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00976-BNB

JOSE RIVERA,

    Plaintiff,

v.

WARDEN H. A. RIOS,
ASSISTANT WARDEN JONES,
CAPTION [sic] HANSON,
SIS CHAVEZ, and
USP-FLORENCE, COLORADO,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 3 2008

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Plaintiff, Jose Rivera, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary at the Federal Correctional Complex in Coleman, Florida. He initiated this action by submitting to the Court *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, a Prisoner Complaint, and a petition for the appointment of counsel. The Court reviewed the documents and determined they were deficient. Therefore, in an order filed on May 12, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Rivera to cure a deficiency in the case within thirty days if he wished to pursue his claims.

The May 12, 2008, order pointed out that Mr. Rivera failed to submit a certified copy of his trust fund account statement for the six-month period immediately

proceeding this filing. The order warned Mr. Rivera that if he failed to cure the designated deficiencies within thirty days, the complaint and the action would be dismissed without prejudice and without further notice. On June 2, 2008, Mr. Rivera submitted an amended Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 together with an uncertified copy of his trust fund account statement.

Subsection (a)(2) of 28 U.S.C. § 1915 (2006) requires submission of "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." The May 12, 2008, order and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 note this requirement. The complaint and the action will be dismissed without prejudice for Mr. Rivera's failure to cure the designated deficiency as directed within the time allowed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure. It is

FURTHER ORDERED that leave to proceed pursuant to 28 U.S.C. § 1915 is denied. It is

FURTHER ORDERED that Plaintiff's request for appointment of counsel is denied.

DATED at Denver, Colorado, this 23 day of June, 2008.

BY THE COURT:

*[signature]*
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00976-BNB

Jose Rivera
Reg. No. 53206-053
FCI - Coleman
PO Box 1033
Coleman, FL 33521-1033

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/23/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk